IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00536-PAB-MJW

ADMINISTRATIVE COMMITTEE OF THE NORTHROP GRUMMAN SAVINGS PLAN,

Plaintiff,

v.

KENNETH FOY LANKFORD and
THE ESTATE OF TERRY T. LANKFORD,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Clarification (docket no. 54) is **GRANTED** finding good cause shown. To clarify this court's February 9, 2015, minute order, such minute order is **permissive** as to the Motion for Default Judgment.

Date: March 18, 2015